**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-7542**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COREY STEVEN JOHNSON, a/k/a Little Corey,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-93-419-JFM, CA-97-1384-JFM)

─────────

Submitted:  February 3, 1998        Decided:  March 12, 1998

─────────

Before WIDENER, ERVIN, and WILKINS, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Corey Steven Johnson, Appellant Pro Se.  Susan Moss Ringler, Andrea
L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Mary-
land, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Johnson, Nos. CR-93-419-JFM; CA-97-1384-JFM (D. Md. Sept. 30, 1997). We deny the motion for stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2